### 43370. CONSOLIDATED CREDIT CORPORATION OF DALTON et al. v. SHORT.

FELTON, Chief Judge. The petition in this action prays for, in addition to punitive damages, an injunction against the defendants, a credit loan company and its agent, from "molesting, harassing and threatening . . . by telephone, letters, or in person" the plaintiff, who signed as security a promissory note which subsequently became in default and who, at the time of her signing the note and thereafter, was a married woman. The petition is not for a declaratory judgment; therefore the prayer for the injunction would not be an interlocutory device until a decision on the merits of the petition. The case is, therefore, of the class of which the Supreme Court has exclusive jurisdiction and it is, accordingly transferred to that court.

*Transferred to the Supreme Court. Eberhardt and Whitman, JJ., concur.*

SUBMITTED JANUARY 11, 1968—DECIDED APRIL 2, 1968.

*Walter H. Bolling,* for appellants.
*Mitchell & Mitchell, Coy H. Temples,* for appellee.